**Appeal Dismissed and Memorandum Opinion filed May 5, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00647-CV**

---

**CELIL CAKIM, Appellant**

**V.**

**ERIN NICOLE EATON, Appellee**

---

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-263570**

---

**MEMORANDUM OPINION**

This appeal is from a judgment signed October 26, 2021. The court reporter indicated on January 14, 2022 that appellants had not requested that the reporter's record be prepared and that the trial court had not ordered that the record be prepared. The clerk's record was filed December 13, 2021. The reporter's record was filed December 21, 2021.

On March 3, 2022, we issued an order stating the appeal would be dismissed if appellant did not file a brief on or before March 24, 2022. Although appellant

proceeding pro se filed a brief on that date, the brief did not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.9. Accordingly, on April 5, 2022, this court ordered appellant to file a compliant brief on or before April 15, 2022 and warned appellant the appeal would be dismissed for want of prosecution if he did not do so. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response following that order. Accordingly, we dismiss the appeal for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.